# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

PATRICK HENRY,

    Plaintiff,

- against -

THE CITY OF NEW YORK, and "JOHN DOE" 1-3, the names being fictitious and presently unknown, being employees of the New York City Department of Correction,

    Defendants.

**07 CIV 9928**

**SUMMONS IN A CIVIL CASE**

**JUDGE BATTS**

To:    THE CITY OF NEW YORK, 100 Church Street, New York, New York 1007
        JOHN DOE 1-3

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS

Matthew Flamm, 26 Court Street, Suite 600, Brooklyn, New York 11242

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

_Marcos Quintero_
DEPUTY CLERK

NOV 0 9 2007
DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE November 30, 2007 |
| NAME OF SERVER (PRINT) Jessica Acosta | TITLE Legal Assistant |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: New York City Law Dep't, 100 Church Street, New York, New York

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 4.00 | 25.00 | 29.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  December 3, 2007
                    Date

Signature of Server

476-47th Street, Bklyn, NY 11220
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.