UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

PATRICK HENRY,

                      Plaintiff,                    DECLARATION OF SERVICE
                                                                  07 CV 9928 (DAB)(DCF)

        - against -

THE CITY OF NEW YORK, ET AL.,

                      Defendants.

------------------------------------------------------------------x

STATE OF NEW YORK    )
                              : SS. :
COUNTY OF KINGS     )

      JESSICA ACOSTA declares the following under penalty of perjury pursuant to 28 U.S.C. §1746:

      That on November 30, 2007, I served the FIRST AMENDED COMPLAINT upon defendant CITY OF NEW YORK by personally delivering a copy to 100 Church Street, New York, New York, that being the address within the State designated for that purpose, as evidenced by the date/time stamp appearing on the first page of the First Amended Complaint.

                                                              _____
                                                              Jessica Acosta

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

PATRICK HENRY,

                        Plaintiff,

- against -

THE CITY OF NEW YORK, "JANE DOE 1-3" and "JOHN DOE," the names being fictitious and presently unknown, being employees of the New York City Department of Correction,

                        Defendants.

------------------------------------------------------------------x

FIRST AMENDED COMPLAINT
07 CV 9928 (DAB)(DCF)

**Jury Trial Demanded**

CITY OF N.Y. LAW DEPART. OFFICE OF CORP. COUNSEL COMMUNICATIONS SECTION
2007 NOV 30 PM 4 37

Patrick Henry, by his attorney, Matthew Flamm, alleges the following as his First Amended Complaint:

### Nature of the Action

1.    This civil rights action arises from the defendants' August 13, 2006 unlawful failure to protect Patrick Henry while plaintiff was imprisoned in a City-run jail on Rikers Island. Plaintiff sustained substantial injuries, including a fractured vertebra and nose. Mr. Henry seeks declaratory relief pursuant to 28 U.S.C. §2201 and, under 42 U.S.C. §1983, compensatory and punitive damages for violation of his civil rights.

### Jurisdiction and Venue

2.    This action arises under the Fourteenth Amendment to the United States Constitution and 42 U.S.C. §1983. This Court has subject matter jurisdiction over the federal claims pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1343(3). Plaintiff asserts jurisdiction over the City of New York under 28 U.S.C. §1367. Plaintiff asks this Court to exercise pendent jurisdiction over those state