United States District Court
Southern District of New York
------------------------------------------X
PATRICK HENRY,

              Plaintiff,

    -against-                      07 Civ. 9928 (DAB)
                                    ORDER
CITY OF NEW YORK and JOHN DOES 1-3,

              Defendants.
------------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Court's practice is to have the issues joined as to all parties prior to scheduling a conference pursuant to Rule 16 of the Federal Rules of Civil Procedure. Within ten days of the date of this Order, Plaintiff shall in writing inform the Court of what efforts he is making to identify Defendants John Does 1-3.

SO ORDERED.

Dated:    New York, New York
            April 17, 2008

                                                Deborah A. Batts
                                        United States District Judge