Case 1:07-cv-09928-DAB   Document 11   Filed 07/25/2008   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Patrick Henry,
                      Plaintiff,

v.

City of New York,
                      Defendant.
------------------------------------------------------------X

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 7/25/2008]

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 9928 (DAB)(DCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

X  Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

All such motions:___

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED: New York, New York
July 25, 2008

/s/ Deborah A. Batts
United States District Judge